## No. 9623.

THE GOLDEN CYCLE MINING & REDUCTION CO. *v.* THE COLORADO SPRINGS LIGHT, HEAT & POWER CO.

1. UTILITIES COMMISSION.  *Order of the Commission held Invalid* for the reasons stated in Golden Cycle Co. v. Light Co., No. 9416.

*Writ of Review to The Public Utilities Commission.*

Mr. H. MCGARRY, Mr. WILLIAM V. HODGES, for petitioner.

Mr. RUSH L. HOLLAND, Mr. H. A. SAIDY, for respondent.

*En banc.*

Mr. Justice Teller delivered the opinion of the court.

THIS case involves an order made by The Public Utilities Commission under date of May 25, 1918, further increasing the rate to be paid by The Reduction Company for electric service furnished to it by the Power Company. The petitioner seeks to have that order set aside. It presents the same legal questions as were determined in No. 9416, a case between the same parties.

For the reasons stated in the opinion in that case, the order in question is held invalid, and the Commission is directed to vacate the same.